UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES – GENERAL

Case No.  CV20-6089 MCS (RAOx)          Date  October 16, 2020

Title  *Primerica Life Insurance Company v. Mary A. Watkins et al*

Present: The Honorable  Mark C. Scarsi, United States District Judge

| Stephen Montes Kerr | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:**   (IN CHAMBERS) ORDER TO SHOW CAUSE

This action was filed over 90 days ago. The docket in this case lacks filings showing it is being timely prosecuted.

Plaintiff is **ORDERED TO SHOW CAUSE** why the action should not be dismissed without prejudice under Federal Rule of Civil Procedure 4(m). Plaintiff shall file a written response to this Order to Show Cause within 14 days.

In lieu of a written response, Plaintiff may discharge this Order to Show Cause by filing documents showing that the matter is being prosecuted diligently—for example, a proof of service of summons and complaint.

Failure to file a timely and satisfactory response may result in the dismissal of this action in its entirety for lack of prosecution.

**IT IS SO ORDERED.**