**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PRIMERICA LIFE INSURANCE COMPANY, a corporation,<br><br>    Plaintiff-in-Interpleader,<br><br>    v.<br><br>MARY A. WATKINS, an individual; MARY A. WATKINS, in her capacity as representative of the Estate of Marvin C. Watkins; and DOES 2 through 5, inclusive,<br><br>    Defendants-in-Interpleader. | Case No. 2:20-cv-06089-MCS-RAO<br><br>**FINAL JUDGMENT AND ORDER OF INTERPLEADER DISBURSEMENT** |

Pursuant to the Stipulation Re: Disbursement/Payment of Insurance Policy Proceeds to Primary Beneficiary by Defendants-in-Interpleader Mary A. Watkins and the Estate of Marvin C. Watkins (ECF No. 52) and the Order Re: Discharge and Dismissal of Primerica Life Insurance Company (ECF No. 50), it is ORDERED, ADJUDGED, and DECREED:

    1.    Plaintiff-in-Interpleader Primerica Life Insurance Company ("Primerica") and its agents are discharged from any and all liability with respect to the subject Primerica life insurance policy number 0430948124.

2. Defendant-in-Interpleader Mary A. Watkins, both in her individual capacity and in her capacity as administrator and representative of the Estate of Marvin C. Watkins, and her and the Estate of Marvin C. Watkins's respective agents, attorneys, and assigns, are enjoined and restrained perpetually from instituting any suit at law or equity, or any action of any kind whatsoever, against Primerica or Primerica's agents in any way related to Primerica's life insurance policy number 0430948124 or to the benefit under that policy.

3. The Clerk forthwith shall disburse the interpleaded funds—to wit, $110,789.59 plus any accrued interest—by check made payable to Mary A. Watkins, and delivered by first class mail to:

> Mary A. Watkins
> c/o Law Offices of Willie L. Grant & Associates
> 2701 E. Chapman Ave., # 110
> Fullerton, CA 92831

4. Upon distribution of the interpleaded funds, this matter shall be dismissed with prejudice.

**IT IS SO ORDERED.**

Dated: May 4, 2021

MARK C. SCARSI
UNITED STATES DISTRICT JUDGE

cc: Fiscal Department